NUMBER 13-04-574-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________ _______________

SYLVESTER CONSTANTE,                                                 Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________ _______________

On appeal from the 214th District Court
of Nueces County, Texas.
______________________________________________ _______________
 
MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam


         Appellant, SYLVESTER CONSTANTE, attempts to appeal a conviction for
aggravated assault. The trial court has certified that this “is a plea-bargain case, and
the defendant has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On February 14, 2005, this Court notified appellant’s counsel of the trial court’s
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.
         On March 18, 2005, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed 
this the 29th day of March, 2005.